

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBS SECURITIES LLC,

                Plaintiff,

-against-

INTERNATIONAL HOSPITAL
CORPORATION HOLDING N.V. and
INTERNATIONAL HOSPITAL
CORPORATION,

                Defendants.

09 Civ. 3798 (LAP)

**ECF Case**

**STIPULATION AND
P▬▬▬▬D ORDER**

---

        WHEREAS, plaintiff commenced this action against defendants to recover certain amounts under a written agreement concerning investment banking services; and

        WHEREAS, a settlement conference was held in the Action on October 14, 2009, before United States Magistrate Judge Theodore H. Katz; and

        WHEREAS, at said settlement conference, the parties agreed to a settlement of the claims asserted in the Action; and

        IT IS HEREBY STIPULATED AND AGREED, between and among the parties to this action by their respective undersigned counsel, as follows:

1. This action has been settled on the terms set forth in the attached Settlement Agreement (the "Settlement Agreement");

2. The Action shall be dismissed without prejudice to the parties' rights under the Settlement Agreement; and

3. This Court shall retain jurisdiction of the Action to enforce the terms of this

Settlement Agreement.

Dated: ~~October~~ November 16, 2009

MILLER & WRUBEL P.C.

By: _____
Joel M. Miller
Charles R. Jacob III
570 Lexington Avenue
New York, New York 10022
(212) 336-3500

Attorneys for Plaintiff

FRYDMAN LLC

By: _____
David S. Frydman, Esq.
Yosef F. Weintraub, Esq.
18 East 48th Street – 10th Floor
New York, New York 10017

Attorneys for Defendant

SO ORDERED:

_____
United States District Judge

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.
November 16, 2009

-2-